IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff/Respondent,<br><br>v.<br><br>BANG HAI KHONG,<br><br>     Defendant/Movant. | ***E-FILED - 10/11/07***<br><br>Case No.: C-06-02891-RMW<br>Related Criminal Case: CR-03-20110-RMW<br><br>ORDER GRANTING CERTIFICATE OF APPEALABILITY |

On August 23, 2007 this court denied defendant Bang Hai Kong's Motion to Vacate, Set Aside or Correct the Judgment of Conviction and Sentence Pursuant to 28 U.S.C. § 2255. He has appealed that denial and requested a certificate of appealability. The request is granted.

Upon the filing of a notice of appeal and a request for a certificate of appealability, the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997) (citing 28 U.S.C. § 2253(c)(3)). Bang Hai Khong moved to set aside his conviction on the sole basis that his counsel did not properly advise him of the consequences of failing to accept a plea offer. Although the court believes it correctly denied Kong's 2255 motion, jurists of reason could debate whether trial counsel provided ineffective assistance of counsel, specifically whether counsel's advice fell below the standard of care and whether any failure was

/ / /

ORDER GRANTING CERTIFICATE OF APPEALABILITY
NO.  CR-03-20110-RMW                                    1

1 | harmless.  Therefore, the court hereby issues a certificate of appealability.

2

3 | Date: 10/11/07                    _____
                                      RONALD M. WHYTE
4 |                                   United States District Judge

1
2  Copy of order mailed to:
3  John N. Glang, AUSA
   Office of the United States Attorney
   150 Almaden Blvd, Suite 900
4  San Jose, CA 95113
5         Attorney for United States of America
6  Thomas J. Nolan
   Nolan, Armstrong & Barton
7  600 University Ave.
   Palo Alto, CA 94301
8
   Andrew Parnes Attorney at Law
9  671 First Avenue North
   Post Office Box 5988
10 Ketchum, Idaho 83340
11        Attorneys for Bang Hai Khong
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING CERTIFICATE OF APPEALABILITY
NO.  CR-03-20110-RMW                               3